N O S R A T I L A W
A PROFESSIONAL LAW CORPORATION
Omid Nosrati, Esq. (SBN 216350)
1801 Century Park East, Suite 840
Los Angeles, California 90067
Telephone: (310) 553-5630
Facsimile: (310) 553-5691
Email: omid@nosratilaw.com

Attorneys for Plaintiff,
DANIELLE LITTLE

Lonnie D. Giamela (SBN 228435)
E-Mail: lgiamela@fisherphillips.com
J. Misa Keelan (SBN 322129)
E-Mail: mkeelan@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500 Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
STONELEDGE FURNITURE LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE LITTLE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>STONELEDGE FURNITURE LLC, a Wisconsin Limited Liability Company; JERRY PHILLIPS, an individual; ANDREW CASTRO, an individual; and DOES 1 through 10, inclusive;<br><br>    Defendants. | Case No.: 2:25-cv-03642-DJC-AC<br><br>[Removed from San Joaquin County Superior Court Case No. STK-CV-UOE-2025-0015631]<br><br>**JOINT STIPULATION AND ORDER TO REMAND**<br><br>Complaint Filed: October 21, 2025<br>Trial Date: Not Set |

The parties to this action, by and through their respective counsel of record, hereby stipulate and agree as follows:

-1-

JOINT STIPULATION AND ORDER TO REMAND

1. This action was originally filed in the Superior Court of California, County of San Joaquin, bearing Case No. STK-CV-UOE-2025-0015631.

2. On December 17, 2025, Defendant Stoneledge Furniture LLC filed a Notice of Removal removing this action to the United States District Court for the Eastern District of California.

3. On February 18, 2026, Plaintiff Danielle Little initiated meet and confer efforts with Defendant Stoneledge Furniture LLC regarding their intent to file a Motion to Remand.

4. The parties met and conferred regarding Plaintiff's Motion to Remand and have reached an agreement to resolve the jurisdictional issues raised therein.

5. The parties agree that this action should be remanded to the Superior Court of California, County of San Joaquin, for all further proceedings.

6. The parties respectfully request that the Court remand this action to the Superior Court of California, County of San Joaquin, Case No. STK-CV-UOE-2025-0015631, pursuant to 28 U.S.C. § 1447(c).

7. The parties further request that the Clerk of the Court send a certified copy of the remand order to the Clerk of the Superior Court of California, County of San Joaquin.

Dated: March 4, 2026

NOSRATILAW
A PROFESSIONAL LAW CORPORATION


By: */s/ Omid Nosrati*
Omid Nosrati, Esq.
Attorneys for Plaintiff,
DANIELLE LITTLE


Dated: March 4, 2026                    FISHER & PHILLIPS LLP


By: */s/ J. Misa Keelan*
Lonnie D. Giamela
J. Misa Keelan
Attorneys for Defendant
STONELEDGE FURNITURE LLC

JOINT STIPULATION AND ORDER TO REMAND

**ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1.  This action is REMANDED to the Superior Court of California, County of San Joaquin, Case No. STK-CV-UOE-2025-0015631.

2.  The Clerk of the Court shall close this case and send a certified copy of this Order to the Clerk of the Superior Court of California, County of San Joaquin.

3.  All pending motions and deadlines in this Court are hereby VACATED.

**IT IS SO ORDERED.**

Dated:  March 5, 2026                    /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE

-3-

JOINT STIPULATION AND ORDER TO REMAND